FILED

MAY 0 1 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADELLE DUCHARME,<br><br>Defendant. | Case No.: 23cr2252-TWR<br><br>ORDER AND JUDGMENT OF DISMISSAL |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and in accordance with the Deferred Prosecution Agreement entered into by the parties on October 31, 2023, that the Information in the above-entitled case is dismissed with prejudice as to Defendant Adelle DuCharme.

IT IS SO ORDERED AND ADJUDGED.

DATED: 5/1/25

_____
HONORABLE TODD W. ROBINSON
United States District Judge